UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

                v.                                Civil Action
                                            No. 23-cv-8543 (AS)
EDWARD O'DONNELL, and
VICTOR BOZZO,                          ~~PROPOSED~~ ORDER

                Defendants.
------------------------------------------------------------------------x

WHEREAS, on December 18, 2023, the Government submitted a motion seeking to intervene in this action and to stay this matter in its entirety in light of the pendency of the parallel criminal action *United States v. Bozzo, et al.*, 23 Cr. 98 (AS), in which an indictment has been returned; and

WHEREAS, defendants Edward O'Donnell and Victor Bozzo consent to the stay of this matter in its entirety;

WHEREAS, the SEC takes no position on the Government's request to stay this matter in its entirety; and

WHEREAS, the Court finds that a stay of this matter in its entirety is in furtherance of the interests of justice and will not prejudice any party; it is

**ORDERED** that the Government's motion to intervene is GRANTED. It is further

**ORDERED** that this matter is stayed in its entirety until the completion of the Criminal Case. The initial pretrial conference scheduled for January 5, 2024 is adjourned *sine die*. The Clerk of Court is directed to terminate the motion at Dkt. 21.

SO ORDERED.

_____                December 19, 2023
THE HONORABLE ARUN SUBRAMANIAN          DATE
UNITED STATES DISTRICT JUDGE