UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | |
| -against- | 23-cv-8543 (AS) |
| EDWARD O'DONNELL, and VICTOR BOZZO, | ORDER |
| Defendants. | |

ARUN SUBRAMANIAN, United States District Judge:

The proceedings in *United States v. Bozzo et al.*, 23 Cr 499, have now concluded. By WEDNESDAY, OCTOBER 30, 2024, the parties should submit a joint letter advising the Court on how they wish to proceed.

SO ORDERED.

Dated: October 16, 2024
New York, New York

                                                                _____
                                                                ARUN SUBRAMANIAN
                                                                United States District Judge