

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
ONE PENN CENTER, 1617 JOHN F. KENNEDY BLVD., SUITE 520
PHILADELPHIA, PA 19103-1844

PHILADELPHIA
REGIONAL OFFICE

October 30, 2024

**By ECF**
Hon. Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

**Re: *SEC v. O'Donnell, et al.*, Case No. 23-cv-8543 (AS): Joint Letter Motion Requesting that the Court's Order to Stay this Action Be Continued Until January 28, 2025**

Dear Judge Subramanian:

Pursuant to the Court's Order dated October 16, 2024 (DE 24), plaintiff Securities and Exchange Commission ("SEC") respectfully submits this letter jointly with Defendants Edward O'Donnell ("O'Donnell") and Victor Bozzo (collectively, "Defendants"), respectfully requesting that the Court's Order to stay this action (DE 23) remain in place for 90 days, until January 28, 2025, so that the parties can engage in settlement discussions.

The Commission filed its complaint in this matter on September 28, 2023, the same day an indictment was unsealed in the parallel criminal case, *United States v. Bozzo, et al.*, 1:23-cr-499-AS (S.D.N.Y.) ("Criminal Case"). On December 18, 2023, the United States Attorney's Office for the Southern District of New York filed a motion to intervene and stay the Commission's civil case until the conclusion of the Criminal Case (DE 21). The Court granted this motion on December 19, 2023 (DE 23), and the matter remains stayed. The Criminal Case concluded on October 9, 2024, with the sentencing of defendant O'Donnell.

The parties have begun preliminary settlement discussions. Additional time is needed for the staff to prepare the settlement papers and for defense counsel to discuss the terms proposed therein with their clients. Additionally, the Commission must approve any proposed settlement agreement. Before presenting the settlement recommendation to the Commission, the Commission staff must present the settlement recommendation to certain offices and Divisions within the Commission for review and comment.

The parties respectfully propose a continuance of the stay for 90 days. The parties intend either to file settlement papers with the Court or request that the case to be restored to the active docket and a date set for the initial pretrial conference on or before Tuesday, January 28, 2025.

Hon. Arun Subramanian
October 30, 2024
Page 2 of 2

A proposed Order is attached.

Respectfully submitted,

S/ Karen M. Klotz
Karen M. Klotz (*pro hac vice*)
Judson T. Mihok
Philadelphia Regional Office
1617 JFK Boulevard, Suite 520
Philadelphia, PA 19103
klotzk@sec.gov
mihokj@sec.gov
*Attorneys for Plaintiff Securities and Exchange Commission*

S/ Noam Greenspan
Sanford Talkin
Noam Greenspan
Talkin, Muccigrosso & Roberts LLP
40 Exchange Place, 18th Floor
New York, New York 10005
Phone: 212-482-0007
ngreenspan@talkinlaw.com
*Counsel for Defendant Edward O'Donnell*

S/ Kari Parks
Kari Parks
Gusrae Kaplan Nusbaum PLLC
120 Wall Street
New York, New York
Phone: 212-269-1400
kparks@gusraekaplan.com
*Counsel for Defendant Victor Bozzo*