UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------
SECURITIES AND EXCHANGE           :
COMMISSION,                       :
                                  :       23-cv-8543 (AS)
                       Plaintiff, :
         -against-                :       ORDER
                                  :
EDWARD O'DONNELL, and VICTOR      :
BOZZO,                            :
                                  :
                      Defendants. :
------------------------------------------------------

ARUN SUBRAMANIAN, United States District Judge:

WHEREAS, on October 30, 2024, plaintiff Securities and Exchange Commission, defendant Edward O'Donnell, and defendant Victor Bozzo filed a joint letter motion requesting that the stay of this case entered on December 19, 2024 (DE 23) be continued for 90 days, until January 28, 2025, so that the parties can engage in settlement discussions;

WHEREAS, the Court finds that a 90-day continuance of the stay of this case in its entirety is in furtherance of the interests of justice and will not prejudice any party; it is

**ORDERED** that the parties joint letter motion (DE 25) is GRANTED. It is further

**ORDERED** that this matter is stayed in its entirety until **January 28, 2025**. It is further

**ORDERED** that, on or before **January 28, 2025**, the parties shall file settlement papers, or the case shall be restored to the active docket and a date set for the initial pretrial conference.

SO ORDERED

Dated: October 31, 2024
       New York, New York

ARUN SUBRAMANIAN
United States District Judge